*Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Wood, Appellant.

Argued September 14, 1966. *Mervyn R. Turk,* First Assistant Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *Vram S. Nedurian,* Assistant District Attorney, *Paul R. Sand,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for Commonwealth, appellee.

Order affirmed.

ERVIN, P. J., absent.

## Darby, Appellant, *v.* Welded Tube Company of America.

Argued September 16, 1966. *William J. MacDermott,* with him *David Cohen,* for appellant; *Robert M. Abramson,* with him *Maurice Abrams,* for appellee.

Order affirmed.

## Dorney Cabinet Company, Inc. *v.* Albee Lehigh Homes, Inc., Appellant.

Argued September 15, 1966. *James N. Diefenderfer,* for appellant; *Robert H. Holland,* with him